IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

MAURICE RILEY  PLAINTIFF

V.  CIVIL ACTION NO. 1:23-CV-110-GHD-RP

WAL-MART STORES EAST, LP, et al.  DEFENDANTS

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Wal-Mart Stores East, LP for the defendant incorrectly named in the complaint as Walmart, Inc. The court finds the request is well taken and should be **GRANTED**. Wal-Mart Stores East, LP is substituted as the defendant in place of Walmart, Inc. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 26th day of September, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE