IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MAURICE RILEY**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO. 1:23-cv-110-GHD-RP**

**WALMART INC. and Fictitious Defendants "A," "B," and "C," whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be added by amendment when ascertained**     **DEFENDANT**

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT:

COMES NOW Plaintiff, Maurice Riley, and files this, her Unopposed Motion for Leave to File Amended Complaint, as follows:

1. Plaintiff filed a Complaint on June 2, 2023, alleging injuries sustained during a slip and fall at Walmart Store #945, in Lowndes County, Mississippi, on February 11, 2022.

2. On September 29, 2023, Defendant, Walmart, Inc., filed Walmart's First Set of Interrogatories and Requests for Production of Documents, Propounded to Plaintiff.

3. During the course of preparing Discovery Responses, Plaintiff's counsel discovered that the initial Complaint contained an error regarding Defendant's alleged negligent behavior.

4. Plaintiff was not injured as the result of a slip and fall, but rather, was injured when a Walmart employee smashed her hand between two shopping carts.

5. On February 1, 2024, a telephonic conference was held regarding Plaintiff's overdue Discovery Responses. During said conference, Plaintiff advised of the filing error and counsel discussed potential options for resolution. It was unanimously agreed that Plaintiff's counsel would file an Amended Complaint and file Discovery Responses subsequent thereto.

6. Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff may file and Amended Complaint with the opposing party's written consent.

7. Plaintiff has obtained written consent to file her Amended Complaint from defense counsel, a copy of which is attached hereto as Exhibit A.

8. Plaintiff respectfully requests that this court enter an Order Approving Plaintiff's Motion for Leave to File an Amended Complaint.

Respectfully submitted, February 9, 2024.

/s/ Jessica M. Lennard
JESSICA M. LENNARD (MSB #105046)
2304 19th St., Ste. 101
Gulfport, MS 39501
Telephone: (228) 687-9122 x3338
Facsimile: (228) 687-9060
Email : jlennard@slocumblaw.com


**OF COUNSEL:**
**SLOCUMB LAW FIRM, LLC**
2304 19th Street, Ste. 101
Gulfport, MS 39501
Tel. No. (228) 687-9400


AGREED TO:


s/Thomas M. Louis
Thomas M. Louis (MSB# 8484)
**WELLS MARBLE & HURST, PLLC**
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone:     (601) 605-6900
Facsimile:     (601) 605-6901
tlouis@wellsmar.com

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that I have sent, via electronic mail delivery, a true and correct copy of the above and foregoing to:

 Thomas M. Lewis (MSB# 8484)
 Rajita Iyer Moss (MSB #10518)
 WELLS MARBLE & HURST, PLLC
 Post Office Box 131
 Jackson, Mississippi 39205-0131
 Telephone: (601) 605-6900
 Facsimile: (601) 605-6901
 tlouis@wellsmar.com
 rmoss@wellsmar.com

        <u>*s/Jessica M. Lennnard,*</u>