IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MAURICE RILEY              PLAINTIFF

VS.              CIVIL ACTION NO. 1:23-cv-110-GHD-RP

WAL-MART STORES EAST, LP and Fictitious
Defendants "A," "B," and "C," whether
singular or plural, those other persons,
corporations, firms or other entities whose
wrongful conduct caused or contributed to
cause the injuries and damages to Plaintiff,
all of whose true and correct names are
unknown to Plaintiff at this time, but will
be added by amendment when ascertained              DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Maurice Riley, through his attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 5th day of June, 2024.

_____
**UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY:**

*s/ Rajita Iyer Moss*
Thomas M. Louis (MSB #8484)
Rajita Iyer Moss (MSB #10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
*Attorney for Defendant*

*s/ Jessica M. Lennard*
Jessica M. Lennard (MSB #105046)
Slocumb Law Firm, LLC
2304 19th Street, Ste. 101
Gulfport, MS 39501
*Attorney for Plaintiff*